PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 14-OCT-2004 FOR: 2000Z00333/004 PAGE: 1 OF 4

DEBTOR: Witter, Liza B.
COURT NUMBER: 00-1888 PRIORITY CODE:
CURRENT LIABILITY BALANCE: $4,507.04

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | PMNT AMT | POST DATE | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0007 | PMNT | WA | 09-OCT-2001 | OT/G | State of MN | MN /2/006 | 16939630 | $14.54 | 09-OCT-2001 | $19,857.07 |
| 0008 | PMNT | WA | 09-OCT-2001 | OT/G | State of MN | MN /2/006 | 16949899 | $140.47 | 09-OCT-2001 | $19,716.60 |
| 0010 | PMNT | WA | 02-NOV-2001 | OT/G | State of Mn | MN /2/025 | 16967834 | $102.40 | 02-NOV-2001 | $19,692.71 |
| 0011 | PMNT | WA | 15-NOV-2001 | OT/G | State of MN | MN /2/033 | 16976968 | $140.47 | 15-NOV-2001 | $19,596.01 |
| 0012 | PMNT | WA | 30-NOV-2001 | OT/G | State of MN | MN /2/043 | 16994919 | $140.47 | 30-NOV-2001 | $19,505.80 |
| 0013 | PMNT | WA | 14-DEC-2001 | OT/G | State of MN | MN /2/052 | 17003830 | $140.47 | 14-DEC-2001 | $19,412.02 |
| 0014 | PMNT | WA | 28-DEC-2001 | OT/G | State of MN | MN /2/060 | 17004181 | $140.47 | 28-DEC-2001 | $19,318.02 |
| 0015 | PMNT | WA | 11-JAN-2002 | OT/Y | State of MN | MN /2/069 | 17013012 | $214.64 | 11-JAN-2002 | $19,149.62 |
| 0016 | PMNT | WA | 25-JAN-2002 | OT/G | State of MN | MN /2/078 | 17022475 | $150.35 | 25-JAN-2002 | $19,045.11 |
| 0017 | PMNT | WA | 08-FEB-2002 | OT/G | State of MN | MN /2/088 | 17031048 | $150.35 | 08-FEB-2002 | $18,940.35 |
| 0018 | PMNT | WA | 22-FEB-2002 | OT/G | State of MN | MN /2/098 | 17039511 | $150.34 | 22-FEB-2002 | $18,835.35 |
| 0021 | PMNT | WA | 07-MAR-2002 | OT/G | State of MN | MN /2/107 | 17047893 | $150.35 | 07-MAR-2002 | $18,726.87 |
| 0022 | PMNT | WA | 25-MAR-2002 | OT/G | State of MN | MN /2/119 | 17067380 | $150.35 | 25-MAR-2002 | $18,634.16 |
| 0023 | PMNT | WA | 05-APR-2002 | OT/G | State of MN | MN /2/128 | 17077324 | $194.06 | 05-APR-2002 | $18,475.15 |
| 0024 | PMNT | WA | 22-APR-2002 | OT/G | State of MN | MN /2/139 | 17084909 | $238.08 | 22-APR-2002 | $18,290.77 |
| 0025 | PMNT | WA | 02-MAY-2002 | OT/G | State of Minnesota | MN /2/145 | 17108224 | $238.08 | 02-MAY-2002 | $18,083.96 |
| 0026 | PMNT | WA | 17-MAY-2002 | OT/G | State of Minnesota | MN /2/156 | 17115446 | $238.07 | 17-MAY-2002 | $17,892.27 |
| 0027 | PMNT | WA | 03-JUN-2002 | OT/G | State of Minnesota | MN /2/162 | 17122530 | $238.08 | 03-JUN-2002 | $17,706.20 |
| 0028 | PMNT | WA | 18-JUN-2002 | OT/G | State of Minnesota | MN /2/172 | 17129421 | $230.55 | 18-JUN-2002 | $17,521.06 |
| 0029 | PMNT | WA | 01-JUL-2002 | OT/G | State of Minnesota | MN /2/181 | 17135710 | $230.55 | 01-JUL-2002 | $17,329.46 |
| 0030 | PMNT | WA | 11-JUL-2002 | OT/G | State of Minnesota | MN /2/187 | 17141824 | $252.63 | 11-JUL-2002 | $17,106.46 |
| 0033 | PMNT | WA | 25-JUL-2002 | OT/G | State of Minnesota | MN /2/196 | 17142190 | $245.73 | 25-JUL-2002 | $16,901.68 |
| 0034 | PMNT | WA | 09-AUG-2002 | OT/G | State of Minnesota | MN /2/208 | 17142577 | $245.73 | 09-AUG-2002 | $16,699.30 |
| 0035 | PMNT | WA | 22-AUG-2002 | OT/G | State of Minnesota | MN /2/217 | 17143011 | $245.73 | 22-AUG-2002 | $16,490.69 |
| 0036 | PMNT | WA | 05-SEP-2002 | OT/G | State of Minnesota | MN /2/225 | 17143227 | $245.73 | 05-SEP-2002 | $16,284.44 |
| 0037 | PMNT | WA | 19-SEP-2002 | OT/G | State of Minnesota | MN /2/235 | 17143657 | $245.73 | 19-SEP-2002 | $16,077.69 |
| 0038 | PMNT | WA | 04-OCT-2002 | OT/G | State of MN | MN /2/004 | 17144020 | $245.74 | 04-OCT-2002 | $15,873.19 |
| 0039 | PMNT | WA | 17-OCT-2002 | OT/G | State of MN | MN /3/013 | 17144365 | $245.73 | 17-OCT-2002 | $15,662.74 |
| 0041 | PMNT | WA | 31-OCT-2002 | OT/G | State of Minnesota | MN /3/023 | 17144722 | $285.28 | 31-OCT-2002 | $15,414.98 |
| 0042 | PMNT | WA | 14-NOV-2002 | OT/G | State of Minnesota | MN /3/032 | 17145070 | $455.59 | 14-NOV-2002 | $14,996.29 |
| 0043 | PMNT | WA | 06-FEB-2003 | OT/G | State of MN | MN /3/087 | 17146549 | $253.63 | 06-FEB-2003 | $14,958.05 |

PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 14-OCT-2004 FOR: 2000Z00333/004 PAGE: 2 OF 4

DEBTOR: Witter, Liza B.
COURT NUMBER: 00-1888 PRIORITY CODE:
CURRENT LIABILITY BALANCE: $4,507.04

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | PMNT AMT | POST DATE | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0044 | PMNT | WA | 20-FEB-2003 | OT/G | State of Minnesota | MN /3/096 | 17146742 | $253.63 | 20-FEB-2003 | $14,740.23 |
| 0045 | PMNT | WA | 06-MAR-2003 | OT/G | STATE OF MN | MN /3/108 | 17146908 | $253.63 | 06-MAR-2003 | $14,521.89 |
| 0046 | PMNT | WA | 20-MAR-2003 | OT/G | State of MN | MN /3/117 | 17147080 | $252.63 | 20-MAR-2003 | $14,304.02 |
| 0047 | PMNT | WA | 03-APR-2003 | OT/G | State of Minnesota | MN /3/126 | 17147269 | $252.63 | 03-APR-2003 | $14,085.63 |
| 0048 | PMNT | WA | 18-APR-2003 | OT/G | State of Minnesota | MN /3/137 | 17147563 | $252.63 | 18-APR-2003 | $13,869.13 |
| 0049 | PMNT | WA | 05-MAY-2003 | OT/G | STATE OF MN | MN /3/147 | 17147879 | $266.13 | 05-MAY-2003 | $13,643.31 |
| 0050 | PMNT | WA | 16-MAY-2003 | OT/G | State of Minnesota | MN /3/156 | 17148466 | $266.13 | 16-MAY-2003 | $13,402.84 |
| 0051 | PMNT | WA | 30-MAY-2003 | OT/G | ST OF MN | MN /3/165 | 17148599 | $266.13 | 30-MAY-2003 | $13,168.79 |
| 0052 | PMNT | WA | 17-JUN-2003 | OT/G | state of mn | MN /3/176 | 17148961 | $266.13 | 17-JUN-2003 | $12,943.19 |
| 0053 | PMNT | WA | 07-JUL-2003 | GR/G | state of minnesota | MN /3/186 | 17149230 | $266.13 | 07-JUL-2003 | $12,721.32 |
| 0054 | PMNT | WA | 11-JUL-2003 | GR/G | State of MN | MN /3/190 | 17149438 | $266.89 | 11-JUL-2003 | $12,463.13 |
| 0055 | PMNT | WA | 25-JUL-2003 | GR/G | STATE OF MN | MN /3/200 | 17149649 | $266.89 | 25-JUL-2003 | $12,226.07 |
| 0056 | PMNT | WA | 08-AUG-2003 | GR/G | state of mn | MN /3/210 | 17149841 | $266.89 | 08-AUG-2003 | $11,988.45 |
| 0057 | PMNT | WA | 22-AUG-2003 | GR/G | state of mn | MN /3/222 | 17149972 | $266.89 | 22-AUG-2003 | $11,750.26 |
| 0058 | PMNT | WA | 08-SEP-2003 | GR/G | state of mn | MN /3/231 | 17150205 | $266.90 | 08-SEP-2003 | $11,517.52 |
| 0059 | PMNT | WA | 23-SEP-2003 | GR/G | State of MN | MN /3/242 | 17150509 | $266.89 | 23-SEP-2003 | $11,280.17 |
| 0060 | PMNT | WA | 06-OCT-2003 | GR/G | st. of mn | MN /04/004 | 17150657 | $266.89 | 06-OCT-2003 | $11,038.35 |
| 0061 | PMNT | WA | 17-OCT-2003 | GR/G | State of Minnesota | MN /04/012 | 17150810 | $266.89 | 17-OCT-2003 | $10,792.22 |
| 0063 | PMNT | WA | 31-OCT-2003 | GR/G | State of Minnesota | MN /04/022 | 17150935 | $266.89 | 31-OCT-2003 | $10,551.18 |
| 0064 | PMNT | WA | 14-NOV-2003 | GR/G | State of Minnesota | MN /04/031 | 17151051 | $266.90 | 14-NOV-2003 | $10,309.54 |
| 0065 | PMNT | WA | 28-NOV-2003 | GR/G | State of Minnesota | MN /04/042 | 17151172 | $266.89 | 28-NOV-2003 | $10,067.33 |
| 0067 | PMNT | WA | 12-DEC-2003 | GR/G | ST. OF MN | MN /04/054 | 17151309 | $266.89 | 12-DEC-2003 | $9,824.54 |
| 0068 | PMNT | WA | 29-DEC-2003 | GR/G | State of MN | MN /04/063 | 17151421 | $266.89 | 29-DEC-2003 | $9,586.21 |
| 0069 | PMNT | WA | 09-JAN-2004 | GR/G | State of Minnesota | MN /04/071 | 17151611 | $273.76 | 09-JAN-2004 | $9,330.48 |
| 0070 | PMNT | WA | 26-JAN-2004 | GR/G | ST. OF MN. | MN /04/081 | 17151735 | $273.76 | 26-JAN-2004 | $9,083.77 |
| 0071 | PMNT | WA | 09-FEB-2004 | GR/G | State of Minnesota | MN /04/092 | 17151864 | $273.76 | 09-FEB-2004 | $8,831.70 |
| 0072 | PMNT | WA | 20-FEB-2004 | GR/G | ST OF MN | MN /04/100 | 17152028 | $273.76 | 20-FEB-2004 | $8,574.51 |
| 0073 | PMNT | WA | 05-MAR-2004 | GR/G | State of MN | MN /04/110 | 17152178 | $273.76 | 05-MAR-2004 | $8,321.22 |
| 0074 | PMNT | WA | 24-MAR-2004 | GR/G | State of MN | MN /04/123 | 17152357 | $273.76 | 24-MAR-2004 | $8,074.42 |
| 0075 | PMNT | WA | 02-APR-2004 | GR/G | ST OF MN | MN /04/130 | 17152441 | $273.76 | 02-APR-2004 | $7,813.05 |
| 0076 | PMNT | WA | 16-APR-2004 | GR/G | ST OF MN | MN /04/140 | 17152549 | $218.80 | 16-APR-2004 | $7,612.90 |

PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 14-OCT-2004 FOR: 2000Z00333/004 PAGE: 3 OF 4

DEBTOR: Witter, Liza B.
COURT NUMBER: 00-1888 PRIORITY CODE:
CURRENT LIABILITY BALANCE: $4,507.04

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | PMNT AMT | POST DATE | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0077 | PMNT | WA | 30-APR-2004 | GR/G | State of MN | MN /04/150 | 17152705 | $273.68 | 30-APR-2004 | $7,357.39 |
| 0078 | PMNT | WA | 14-MAY-2004 | GR/G | ST OF MN | MN /04/160 | 17152845 | $273.76 | 14-MAY-2004 | $7,101.19 |
| 0079 | PMNT | WA | 28-MAY-2004 | GR/G | ST. OF MN. | MN /04/169 | 17153006 | $272.41 | 28-MAY-2004 | $6,845.73 |
| 0080 | PMNT | WA | 14-JUN-2004 | GR/G | ST OF MN | MN /04/178 | 17153192 | $273.76 | 14-JUN-2004 | $6,591.81 |
| 0081 | PMNT | WA | 25-JUN-2004 | GR/G | ST OF MN | MN /04/187 | 17153326 | $273.76 | 25-JUN-2004 | $6,330.41 |
| 0082 | PMNT | WA | 09-JUL-2004 | GR/G | State of MN | MN /04/197 | 17153458 | $273.76 | 09-JUL-2004 | $6,071.76 |
| 0083 | PMNT | WA | 23-JUL-2004 | GR/G | State of MN | MN /04/209 | 17153674 | $273.76 | 23-JUL-2004 | $5,812.49 |
| 0084 | PMNT | WA | 06-AUG-2004 | GR/G | State of MN | MN /04/219 | 17153856 | $273.76 | 06-AUG-2004 | $5,552.61 |
| 0085 | PMNT | WA | 20-AUG-2004 | GR/G | State of MN | MN /04/229 | 17154001 | $273.76 | 20-AUG-2004 | $5,292.11 |
| 0089 | PMNT | WA | 07-SEP-2004 | GR/G | ST OF MN | MN /04/240 | 17154132 | $273.76 | 07-SEP-2004 | $5,034.59 |
| 0090 | PMNT | WA | 17-SEP-2004 | GR/G | ST OF MN | MN /04/248 | 17154298 | $273.76 | 17-SEP-2004 | $4,769.41 |
| 0091 | PMNT | WA | 01-OCT-2004 | GR/G | ST OF MN | MN /05/001 | 17154423 | $273.76 | 01-OCT-2004 | $4,507.04 |

Total Payments for Debtor: $17,844.59