CERTIFICATE OF SERVICE BY MAIL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff, | ) | |
| | ) | Civil No. 00-1888 RHK/AJB |
| LIZA B. WITTER,<br><br>Defendant. | ) | |

I hereby certify that on October 14, 2004, I served, or caused to be served, the following documents:

NOTICE OF ANNUAL ACCOUNTING OF GARNISHMENT

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF.

I certify, further, that I served, or caused to be served, the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee(s):

Metropolitan State University
Attn: Payroll Representative
700 East Seventh Street
St. Paul, MN 55106

Liza B. Witter
2124 17th Street N.W.
New Brighton, MN 55112

___s/Jessica Scott___________